U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

JAN 18 2019

TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| MARK A. WHITE | CIVIL ACTION NO. 1:18-CV-00764 |
| VERSUS | JUDGE DEE D. DRELL |
| CITY OF VIDALIA, *et al.* | MAGISTRATE JUDGE PEREZ-MONTES |

# JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (Doc. 9), noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law; it is

**ORDERED** that White's Motion to Remand is **GRANTED** and the Defendants' Motion to Dismiss is **DENIED as moot.**

SIGNED this 18 day of January 2019, at Alexandria, Louisiana.

DEE D. DRELL, JUDGE
UNITED STATES DISTRICT COURT